## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**CAPITOL SPECIALTY INSURANCE
CORPORATION,**

     **Plaintiff,**

v.                                                       **Case No:  1:12-cv-01299-MCA-LAM**

**SOUTHWEST CLUBS, INC; 6001, INC,
DBA TD'S NORTH; NC PROPERTIES LLC;
HTR LLC; PRISCILLA THREADGILL, Individually
and as Personal Representative of the Wrongful Death
Estate of JOSEPH THREADGILL;
DAVID THREADGILL and DANIELLE THREADGILL,**

     **Defendants,**

**and**

**SOUTHWEST CLUBS, INC; 6001, INC,
DBA TD'S NORTH; NC PROPERTY LLC;
HTR LLC,**

     **Counterclaimants,**

v.

**CAPITOL SPECIALTY INSURANCE
CORPORATION,**

     **Counter-defendant.**

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE
### MOTION TO COMPEL AND RESPONSE TO MOTION FOR PROTECTIVE ORDER

     **THIS MATTER** is before the Court on Plaintiff/Counter-Defendant Capitol Specialty

Insurance Corporation's ("Capitol") and Defendant-Counterclaimants Southwest Clubs, 6001,

Inc., dba TD's North's ("TD's North") ***Joint Motion for Extension of Time to File Motion to***

***Compel and Response to Motion for Protective Order*** *(Doc. 97).*  Having considered the motion

and record of the case, the Court **FINDS** that the Motion is well-taken and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1.      TD's North's Motion to Compel Responses to its First Set of Interrogatories, Requests for Production, and Requests for Admission to Plaintiff/Counter-Defendant Capitol Specialty Insurance shall be deemed timely filed **on or before October 9, 2014**.

2.      Capitol's Response to TD's North Motion to Quash Subpoena and for Protective Order and Memorandum in Support (Doc. 94) shall be deemed timely filed **on or before October 20, 2014**.

**IT IS SO ORDERED**.


**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by: *(Prior to modification by the Court)*

PEIFER, HANSON & MULLLINS, P.A.


By:   */s/ Matthew E. Jackson*
      Robert E. Hanson
      Matthew E. Jackson
P.O. Box 25245
Albuquerque, New Mexico 87125-5245
Tel:  (505) 247-4800
*Attorneys for Defendants Southwest Clubs, Inc.*
  *6001, Inc. d/b/a TD's North, NC Property, LLC*
  *HTR LLC*

Approved by:


JOHNSON LAW FIRM, LC


By:   *via electronic approval on 9/19/2014*
      Thomas L. Johnson
      Andrew Lambert Johnson
P.O. Box 27747
Albuquerque, New Mexico 87125-7747
Tel: (505) 243-4549
*Attorneys for Plaintiffs*