**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CAPITOL SPECIALTY INSURANCE**
**CORPORATION,**

      **Plaintiff,**

**v.**                               **Case No:  1:12-cv-01299-MCA-LAM**

**SOUTHWEST CLUBS, INC; 6001, INC,**
**DBA TD'S NORTH; NC PROPERTIES LLC;**
**HTR LLC; PRISCILLA THREADGILL, Individually**
**and as Personal Representative of the Wrongful Death**
**Estate of JOSEPH THREADGILL;**
**DAVID THREADGILL and DANIELLE THREADGILL,**

      **Defendants,**

**and**

**SOUTHWEST CLUBS, INC; 6001, INC,**
**DBA TD'S NORTH; NC PROPERTY LLC;**
**HTR LLC,**

      **Counterclaimants,**

**v.**

**CAPITOL SPECIALTY INSURANCE**
**CORPORATION,**

      **Counter-defendant.**

**ORDER FOR EXPEDITED BRIEFING ON**
**MOTION TO STAY DISCOVERY DEADLINES**

      **THIS MATTER** is before the Court on Defendants/Counterclaimants Southwest Clubs, Inc. and 6001, Inc., dba TD's North's ("TD's North"), NC Property LLC, and HTR LLC (collectively, the "Club Defendants"), and Plaintiff/Counter-Defendant Capitol Specialty Insurance Corporation's ("Capitol") ***Motion to Suspend Outstanding Deadlines and Memorandum in Support*** *(Doc. 107)*, filed October 15, 2014.  The motion asks the Court to stay

certain discovery deadlines pending the Court's resolution of the motion to stay this case [*Doc. 101*].   *See* [*Doc. 107* at 1-2].   The movants state that Priscilla Threadgill, Joseph Threadgill, David Threadgill, and Danielle Threadgill (collectively, the "Threadgill Defendants") oppose staying these discovery deadlines.   *Id.* at 3.   Because these discovery deadlines either have already passed or will pass soon, the Court will order the Threadgill Defendants to file an expedited response to the motion stating the reasons for their opposition.

**IT IS THEREFORE ORDERED** that the Threadgill Defendants shall respond to the motion to stay discovery deadlines [*Doc. 107*] **no later than Monday, October 20, 2014**.

**IT IS SO ORDERED**.

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**